IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DUANE LUSE,

                                                                        ORDER

              Plaintiff,

                                                    12-cv-50-slc[1]

      v.

WARDEN HEPP, DEPUTY WARDEN TAYLOR,
HEAD OF SECURITY SCHULZ, DEPUTY SECRETARY COLE,
CORRECTIONAL MANAGEMENT SERVICES DIRECTOR TAYLOR,
CO. CAPT. OLSEN, CO. FOSTER, CO. DUNAHY, CO. DALBEC,
CO. CARLSON, CO. SIMONSON, CO. HAGGLUND, CO. OVERSON,
CO. ERICKSON, CO. GILES, CO. MEROW, CO. CLARK, CO. FREEMAN,
CO. BENGEL, CO. OETTO, CO. BURLINGONE, CO. PETERSON,
CO. COPUTO, CO. SAUNDERS, CO. SANDERS, CO. GRIGGS,
CO. HOFF, CO. HUGHES, CO. COLICKER, CO. MALICKI,
CO. PETERSON, CO. DINO, CO. ANDERSON, CO. HEART,
CO. BOUDER, CO. BIDDE, CO. NELSON, MS. DERUS,
MS. KATZMART, MS. SCHULZ, MS. SEIMANS, MS. ST. GERMAINE,
MS. T. MARCO, MS. SMETANA, MS. SHAMAT, MS. R.O. NEHLS,
MS. DYFSTROM, MS. STRITTMAN, MS. MILLER, MR. QURON,
MS. PETERSON and MR. FTEIGER,

                                          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered in this case on April 24, 2012, I dismissed plaintiff Duane Luse's amended complaint without prejudice for his failure to comply with Fed. R. Civ. P. Rule 8. I gave plaintiff until May 7, 2012 to file a second amended complaint that complies with Rule 8. I advised plaintiff that if he did not file a second amended complaint by May 7,

---

[1] For the purpose of issuing this order, I am assuming jurisdiction over this case.

2012, I would enter an order dismissing the lawsuit as it presently exists for plaintiff's failure to prosecute. The deadline for plaintiff to file a second amended complaint has since passed and plaintiff has not filed a second amended complaint that complies with Fed. R. Civ. P. Rule 8 or written to explain his failure to do so. Accordingly, this case will be dismissed.

ORDER

IT IS ORDERED that this case is DISMISSED without prejudice for plaintiff's failure to prosecute it.

Entered this 1st day of June, 2012.

BY THE COURT:

/s/
BARBARA B. CRABB
District Judge