IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DUANE LUSE,

    Plaintiff,

v.

WARDEN HEPP, DEPUTY WARDEN TAYLOR,
HEAD OF SECURITY SCHULZ,
DEPUTY SECRETARY COLE, CORRECTIONAL
MANAGEMENT SERVICES DIRECTOR TAYLOR,
CO. CAPT. OLSEN, CO. FOSTER, CO. DUNAHY,
CO. DALBEC, CO. CARLSON, CO. SIMONSON,
CO. HAGGLUND, CO. OVERSON, CO. ERICKSON,
CO. GILES, CO. MEROW, CO. CLARK,
CO. FREEMAN, CO. BENGEL, CO. OETTO,
CO. BURLINGONE, CO. PETERSON, CO. COPUTO,
CO. SAUNDERS, CO. SANDERS, CO. GRIGGS,
CO. HOFF, CO. HUGHES, CO. COLICKER,
CO. MALICKI, CO. PETERSON, CO. DINO,
CO. ANDERSON, CO. HEART, CO. BOUDER,
CO. BIDDE, CO. NELSON, MS. DERUS,
MS. KATZMART, MS. SCHULZ, MS. SEIMANS,
MS. ST. GERMAINE, MS. T. MARCO,
MS. SMETANA, MS. SHAMAT, MS. R.O. NEHLS,
MS. DYFSTROM, MS. STRITTMAN, MS. MILLER,
MR. QURON, MS. PETERSON and MR. FTEIGER,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-50-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff Duane Luse's failure to prosecute.

_____    6/4/12
Peter Oppeneer, Clerk of Court    Date